PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY, <br><br> Plaintiff, <br><br> v. <br><br> DD KARMA LLC, a Delaware entity, d/b/a WWW.DERMAFLASH.COM, <br><br> Defendant. | Case No.:  3:25-cv-02069-JO-MSB <br><br> **NOTICE OF WITHDRAWAL OF FIRST AMENDED COMPLAINT [DKT. NO 6]** |

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws the First Amended Complaint, filed as Docket No. 6, as the document was not in conformity with local rules.

Dated:  November 26, 2025                    PACIFIC TRIAL ATTORNEYS, APC


By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF FIRST AMENDED COMPLAINT [DKT. NO. 6]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record..

Dated:  November 26, 2025

*/s/ Scott J. Ferrell*
Scott J. Ferrell

- 3 -