# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY,<br><br>       Plaintiff,<br><br>    v.<br><br>DD KARMA LLC, a Delaware entity, d/b/a WWW.DERMAFLASH.COM,<br><br>       Defendant. | Case No. 25CV2069 JO MSB<br><br>**ORDER ON FOURTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:     Jinsook Ohta<br><br>Action Filed: August 11, 2025<br>Trial Date:   None set |

-1-

This matter came before the Court on a joint stipulation by Plaintiff and Defendant for an extension of time for DD Karma LLC d/b/a www.Dermaflash.com to answer or respond to Plaintiff's First Amended Complaint.

IT IS HEREBY ORDERED that DD Karma LLC d/b/a www.Dermaflash.com shall have through and including February 23, 2026 to answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated:  February  __, 2026

_____

Jinsook Ohta
United States District Judge

-2-