PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KEARNEY, | Case No. 3:25-cv-02069-JO-MSB |
| Plaintiff, | Assigned to Honorable Michael S. Berg |
| v. | |
| DD KARMA LLC, a Delaware entity d/b/a WWW.DERMAFLASH.COM, | **NOTICE OF SETTLEMENT** |
| Defendants. | Complaint Filed: August 11, 2025 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle of the above-captioned matter.  It is anticipated that a stipulated request for dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated:  April 8, 2026

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

NOTICE OF SETTLEMENT                                   Case No. 3:25-cv-02069-JO-MSB

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.

- 3 -

CERTIFICATE OF SERVICE                                          Case No. 3:25-cv-02069-JO-MSB