UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY,<br>Plaintiff,<br>v.<br>DD KARMA LLC,<br>Defendant. | Case No.: 25cv2069-JO (MSB)<br><br>**ORDER:**<br><br>**(1) CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS; AND**<br><br>**(2) VACATING ALL PENDING DATES BEFORE MAGISTRATE JUDGE BERG** |

In a Notice of Settlement dated April 8, 2026, Plaintiff's counsel informed the Court that the parties have reached a settlement in principle and anticipate filing dismissal papers within forty-five days. (ECF No. 24 at 2.) Considering the settlement, the Court **VACATES** the Pre-Early Neutral Evaluation ("ENE") Status Conference set for April 10, 2026, at 9:00 a.m. and the ENE and Case Management Conference ("CMC") set for April 16, 2026, at 2:00 p.m. All other deadlines in the Order setting the ENE and CMC are hereby **VACATED**. (See ECF No. 23.) Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

/ / /

The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **May 26, 2026**. A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by May 26, 2026**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **May 28, 2026**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their joint motion to dismiss on or before **May 26, 2026**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: April 8, 2026

Honorable Michael S. Berg
United States Magistrate Judge

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.