PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DD KARMA LLC, a Delaware entity;<br>d/b/a WWW.DERMAFLASH.COM,<br><br>Defendants. | Case No.:  3:25-cv-02069-JO-MSB<br>Judge:  Honorable Michael S. Berg<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Filed:  August 11, 2025<br>Trial date:  None |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Kearney ("Plaintiff") and Defendant DD Karma LLC, stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated: May 26, 2026        **PACIFIC TRIAL ATTORNEYS, APC**

By: /s/ Scott J. Ferrell
Scott J. Ferrell
Attorney for Plaintiff
DANIEL KEARNEY

Dated: May 26, 2026        **NELSON MULLINS**

By: /s/ Desiree N. Murray
Desiree N. Murray
Attorney for Defendant
DD KARMA LLC

JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell